IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CARTER DANIELS                    v.        THE KLONDIKE GROUP, INC.

JUDGE H. RUSSEL HOLLAND                  CASE NO.      1:26-cv-0013-HRH

PROCEEDINGS:     ORDER FROM CHAMBERS

N O T I C E

Plaintiff's complaint was filed on June 4, 2026,[1] and summons to the defendant was issued on June 5, 2026.

Plaintiff will please file a proof of service on defendant on or before **July 9, 2026**.

---

[1]Docket No. 1.

Order from Chambers – Notice to Counsel                                        - 1 -